Gomez, Torres

# United States Probation & Pretrial Services

United States District Court
Central District of California

Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

FILED
CLERK U.S. DISTRICT COURT
DEC - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DM DEPUTY

PACTS No: 6704333

**Passport Receipt**

| | |
|---|---|
| Defendant Name: | Torres, Jorge Gomez |
| Name on passport, if different: | |
| Country of Origin: | Philippines |
| Date passport issued: | 07 Oct 2016 |
| Expiration date of passport: | 06 Oct 2026 |

Ordered by court in the Central District of California or

| | |
|---|---|
| Docket Number: | 0973 2:18CR00049-1 |

J Torres — Surrendered By — Date 12/6/19

[signature] — Received By — Date 12/6/19

Returned To — Date

Returned By — Date

Purpose Returned

Address (if mailed)

Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 / 213-894-4726 phone, 213-894-0231 fax